FILED' 15 MAR 5 16:10 USDC-ORM

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### MEDFORD    DIVISION

JODIE  MOEN

_____
*(Enter full name of plaintiff(s))*

**Plaintiff(s),**

**v.**

STATE OF OREGON,
& COUNTY OF KLAMATH -
A POLITICAL SUBDIVISION
& MUNICIPAL CORPORATION
WITHIN THE STATE OF
OREGON

*(Enter full name of ALL defendant(s))*

**Defendant(s).**

Civil Case No. 1:15-CV-00380-CL

*(to be assigned by Clerk of the Court)*

**COMPLAINT**

Jury Trial Demanded
☒ Yes    ☐ No

## I.  PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: JODIE  MOEN

Street Address: 6510 SO. 6TH ST, PMB 16

City, State & Zip Code: KLAMATH FALLS, OR.

Telephone No. 541-880-6990   97603

**Defendant No. 1**    Name: ATTORNEY GENERAL OF STATE OF OREGON

Street Address: _____

City, State & Zip Code: _____

Telephone No. _____

**Defendant No. 2**    Name: KLAMATH COUNTY

Street Address: _____

City, State & Zip Code: _____

Telephone No. _____

**Defendant No. 3**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No. _____

**Defendant No. 4**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No. _____

## II. JURISDICTION

*Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. A case involving the United States Constitution or federal laws or treaties is a federal question case. A case in which a citizen of one state sues a citizen of another state and the amount in damages claimed is more than $75,000 is a diversity of citizenship case.*

A.    What is the basis for federal court jurisdiction (*check all that apply*)

☒ Federal Question                    ☐ Diversity of Citizenship

COMPLAINT                                                                                    Page 2
Revised: July 20, 2010

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory, or treaty right is at issue? 6TH & 14th AMENDMENT RIGHTS TO DUE PROCESS & THE ADA -

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.  STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result.  It is not necessary to give any legal arguments or cite any cases or statutes.*

SEE ATTACHED LTR. & BRIEF & SECOND BRIEF & EXHIBITS

## Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

***(If you have additional claims, describe them on another piece of paper, using the same outline.)***

COMPLAINT                                                                                                    Page 4
Revised: July 20, 2010

## IV.   RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

1. RETURN 5TH WHEEL TRAILER.
2. RETURN PERSONAL POSSESSIONS
3. ENFORCE STALKING PETITION
4. REPAIR ALL DAMAGES TO RES.
5. PAY MEDICAL BILLS
6. PUNATIVE DAMAGES, 250 K

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2 day of MARCH , 20 15

JODIE MOEN

*(Signature of Plaintiff(s))*