# OREGON VEHICLE CERTIFICATE OF TITLE

OREGON DRIVER AND MOTOR VEHICLE SERVICES CERTIFIES THE PARTY IS LISTED AS OWNER OF THE DESCRIBED VEHICLE. DOCUMENTS FILED WITH DMV SHOW THE VEHICLE IS SUBJECT TO THE OWNERSHIP INTERESTS SPECIFIED.

**CONTROL NUMBER:** 6779936

| PLATE NUMBER | TITLE NUMBER | PROCESS DATE | SURVIVOR | REFERENCE NUMBER |
|---|---|---|---|---|
| R793364 | 1434948108 | 121514 | N/N | |

| YEAR | MAKE | STYLE | MODEL | VEHICLE IDENTIFICATION NUMBER | EQUIPMENT NO. |
|---|---|---|---|---|---|
| 1999 | PROWL | RT | | 1EC5C2422X2394226 | |

ODOMETER READING: 
ODOMETER DATE:
ODOMETER MESSAGE:

OWNER/LESSEE:
MOEN, JODIE
14941 VIREO DR
PO BOX 92
BONANZA OR  97623

BNZA

**TITLE BRANDS**
The title "Brand" printed below indicates the history, condition, or circumstances of the vehicle for which this title has been issued. Please see back of title for more information.

– NONE –

USE THIS SECTION WHEN THE ONLY CHANGE IS TO REMOVE A SECURITY INTEREST. FOR ANY OTHER CHANGES, SEE INSTRUCTIONS ON REVERSE.

If there is no change in owners as shown above AND all security interest holders have released interest, **one registered owner must sign and date here**, if not completing a separate application for title. In addition, if your address has changed, cross out the old address and write the new address and county of residence on the front of the title. Mail the title and the fee to: DMV, 1905 Lana Ave NE, Salem OR 97314.

SIGNATURE (DOES NOT RELEASE INTEREST) / DATE
X

* To release interest in the vehicle, complete the reassignment on back of the title.

SECURITY INTEREST HOLDER/LESSOR

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST / DATE
X

SIGNATURE AND COUNTERSIGNATURE OF SECURITY INTEREST HOLDER OR LESSOR RELEASING ALL INTEREST / DATE
X

SEE REVERSE OF TITLE FOR APPLICATION INSTRUCTIONS.

VOID WITHOUT CHAIN LINK WATERMARK

VOID IF ALTERED OR ERASED

735-410 (5-08)    R793364    1EC5C2422X2394226    1434948108    X
1048 062 04 V3 T1 02 S8 M6 P5 E0 M0 18

---

# OREGON

## TRAVEL TRAILER REGISTRATION

| PLATE NUMBER | TITLE NUMBER | PROCESS DATE | EXPIRATION DATE | FUEL TYPE | EQUIPMENT NO. |
|---|---|---|---|---|---|
| R793364 | 1434948108 | 121514 | JUN 08, 13 | | |

| YEAR | MAKE | STYLE | MODEL | VEHICLE IDENTIFICATION NUMBER | WEIGHT/LENGTH |
|---|---|---|---|---|---|
| 1999 | PROWL | RT | | 1EC5C2422X2394226 | 24 |

TITLE BRANDS: – NONE –

ODOMETER READING:
ODOMETER DATE:
ODOMETER MESSAGE:

OWNER/LESSEE:
MOEN, JODIE
14941 VIREO DR
PO BOX 92
BONANZA OR  97623

BNZA

COUNTY OF RESIDENCE:
COUNTY OF USE:

**EXHIBIT 1**

# Klamath County Sheriff's Office



**AGENCY KCSO**

| | | | | |
|---|---|---|---|---|
| **CAD EVENT** | 1501160062 | **CALL TYPE** | THEFT   THEFT | |
| **PRIORITY** | 3 | **SOURCE** | P | |
| **LOCATION** | 14941 VIREO DR, BONANZA | | **RESP: AREA** 5S | **ZONE** 5S |
| | | | **REPT. ZONE** | |
| **RP** | JODIE MOEN | | **PHONE** (541) 880-6990 | |

**COMMENT**   RESPOND TO KCSO

RP STATES THAT HER TRAILER WAS STOLEN FROM HER PROPERTY. RP STATES THAT SHE HAD AN AGREEMENT WITH A MAN TO DO SOME WORK ON HER HOUSE FOR THE TRAILER IN RETURN, HE DID NO WORK FOR HER AND TOOK HER TRAILER. POSS CIVIL MATTER
----------[CAD3/52294  01/16/15 12:35:00]
ISSUED CASE# 15000109 FOR AGENCY KCSO by UNIT 4135

| | | | |
|---|---|---|---|
| **E911 Received** | | ☐ Non-disclosure | |
| **Created** | 01/16/15 11:50:18 by 4197 at SO1 | | |
| **Dispatched** | 01/16/15 11:56:25 | | |
| **Enroute** | | | |
| **Arrived** | | | |
| **Cleared** | 01/16/15 13:20:36 | **FINAL TYPE** | **PRIMARY UNIT** 4135 |
| **Closed** | 01/16/15 13:20:36 | | |

**CASE NUMBER**   15000109

## ASSOCIATED NAMES
Unit:   Reason: RP   Name: MOEN, JODIE

## ASSOCIATED VEHICLES
Unit: 4135  Reason: QV  License: 103DUG

| UNIT | STATUS | TIME | EVENT | DISPO | CODE | COMMENT/LOCATION |
|---|---|---|---|---|---|---|
| 4135 | D | 01/16/15 11:56:25 | 1501160062 | | | /14941 VIREO DR |
| 4135 | RL | 01/16/15 12:00:30 | 1501160062 | | | /KCSO OFFICE |
| 4135 | RL | 01/16/15 12:35:01 | 1501160062 | | | CASE# 15000109 FOR AGENCY KCSO |
| 4135 | QV | 01/16/15 13:10:31 | 1501160062 | | | |
| 4135 | C | 01/16/15 13:20:36 | 1501160062 | | | CLEARED BY CAD2 |



KLAMATH COUNTY SHERIFF'S OFFICE
*Representing Sheriff Frank Skrah*

**BEN SCHEEN**
**DEPUTY MEDICAL EXAMINER**

Phone: (541) 883-5130 ext.*8179    3300 Vandenberg Road
Fax: (541) 883-4271                 Klamath Falls, OR 97603
bscheen@co.klamath.or.us

EXHIBIT 2

Page 1

January 12, 2015

**JODIE MOEN**
**PO BOX 92**
**BONANZA, OR 97623**

**RE: Demand Letter**

Jodie:

I have received your letters dated December 6, 2014 and January 3, 2015. As Ed and I are not only very confused by your letters, but very saddened, I will reply to you in writing so things are clear to all.

Quite frankly Jodie, your letters are manipulative, inaccurate and confusing in that you know, and we know, what the truth of this situation is. Considering that we welcomed you into our lives and our home in an effort to help you in many ways over a long period of time makes your letters disheartening and disingenuous. We are saddened that you are now manipulating the situation to take advantage of our good nature even after all that we've done for you including but not limited to feeding and housing you at no cost to you. That being said, with the threats from you of legal ramifications, breach of contract and so on, I will address our stance as clearly as I am able.

Ed never represented to you that he was a licensed contractor. You may claim that, but you simply know it's not true. What Ed did do, was offer to help a person who claimed to be down and out and claiming not to be able to afford someone else doing work for her. It was because of that, Ed offered to help you with various tasks at your "weekend cabin". Your continuous portrayal of no money and needing help resulted in Ed trying to help you the best way he knew how. It was agreed upon by the parties that, since you had no money to pay someone to do work you wanted done, we would exchange Ed's time as a handyman and money for materials for the 1999 Fleetwood Prowler. Accordingly, the verbal agreement was made for the trailer.

With the above being said, Ed did the work YOU wanted him to do. Your letters confirm that Ed did in fact help you out in exchange for the trailer. Although you claim that Ed upset you during one conversation, that in itself is not a reason to breach a verbal contract that Ed had with you regarding the work exchange for the trailer. Ed performed numerous hours of work for you which far exceeded the value we discussed for the trailer. So from our stance, if the trailer goes back to you, the money is owed to us for services rendered. Additionally, the trailer being in our possession also indicates there was a transaction between the parties as otherwise, it would have never been placed with us. All parties involved know that you had us take the trailer's possession while you committed to get the title to us, which to date, you have not. Therefore, the only person who has breached our verbal contract is you.

After much discussion with Ed, others who have been privy to and witnessed conversations with or in the presence of the parties and after reviewing your demand letters, here is what we are willing to do:



EXHIBIT 3-1

1. **RETURN OF TRAILER:** The trailer was given to us by you in exchange for work <u>done</u> and materials <u>purchased</u> for said work. Thus, it will not be returned unless you write a check to us for $4000 which is the figure discussed for handyman work done and materials needed to do that work. Ideally, we request that you follow through with the agreement and send the title to us forthwith but in lieu of that, we are willing to take the $4000 payment if that works better for you. Regarding you coming to take the trailer while this matter is pending, as there are no trespassing signs on our property, you will not be taking anything off of our property. We have not given you permission to do so and this is notice to you that you (or any representative of you) are not permitted to be on my property for any reason. As you have threatened legal action if we don't return the trailer, now would be a good time to seek that action if you are not agreeable to the above.

2. **RETURN OF POSSESSIONS:** The possessions you mention are ones that have not been needed by you for numerous months and in fact, I'm not even sure what the actual possessions are. As we are uncomfortable with your many threats, let's handle all this through your upcoming legal action that you state you'll be taking. It is not our intent to keep them from you. It is our intent to not interact with you directly until these matters are resolved. Once resolved, we will arrange a time for you to pick up your possessions. At this point, I am not comfortable packing your items up for you and delivering as I do not trust that you will not claim something is missing or other false information like has been written in your letters. I am sure you understand my concern with that.

3. **UNLICENSED CONTRACTOR REPORTING**: Many people assist friends, or so thought friends, with projects. Our relationship was that simple, until recently anyway. Ed helped you in exchange for the trailer. PERIOD. The irony in your threat is that you, with your "weekend cabin" and living arrangements, etc. are the one whom the government is likely more interested in. It is appalling that you would even accuse Ed and I of illegal actions when in fact it is you who is actually not following codes and laws and should be reported. You do what you feel you need to do as we are not afraid of the truth and will ensure the whole truth is set forth to the proper outside sources if needed.

In conclusion, please send the title to us, per your original statements within ten days. If we do not receive it, or payment for Ed's handyman work and materials, we'll take your silence as an understanding that you will be promptly seeking legal action and we will await the proper notification of such. Also, as your letters refer to a "counsel" being given copies of your letters, I am sure that you are aware if you have retained an attorney in this matter, that said attorney's name should be given to us and all future contact between us shall cease and go through your "counsel". If you have not retained counsel, please do not include the reference to one as a pressuring tactic. Any response you have to this letter, should be in writing as we are no longer comfortable with verbal communication with you for obvious reasons. Ed and I look forward to resolving this made up issue as soon as possible.

Sincerely,

DM

Debra Murie
6654 Flamingo
Bonanza, OR 97623
*Sent certified and regular mail 1/13/15*

EXHIBIT 3-2