IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

JODIE MOEN,

                                        Plaintiff,

        v.                                                    Case No. 1:15 CV 00380-CL

ATTORNEY GENERAL OF THE STATE OF                              O R D E R
OREGON, KLAMATH COUNTY,

                                        Defendant.

Magistrate Judge Clarke filed his Findings and Recommendation on March 26, 2015.
The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No
objections have been timely filed.  This relieves me of my obligation to give the factual
findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir.
1982).  See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).
Having reviewed the legal principles de novo, I find no error.

        THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Clarke's Findings and
Recommendation.

        Dated this _17_ day of April, 2015.

                                        _____
                                        Ann Aiken, United States District Judge

Order -- Page 1